# Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 7, 2023

**Via Email and ECF**
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Dwayne Patterson, 21-CR-524 (PKC)**

Dear Judge Chen,

    I write, in accordance with the Court's direction at our last conference, to respectfully request to modify the conditions of Mr. Patterson's release, or to hold a status conference to address the same. As discussed, we seek to change the home detention condition to a curfew. Mr. Patterson has been principally in compliance with the terms of his pretrial release for thirteen months. Mr. Patterson began new employment at a museum. He worked 9:00am-5:00pm Monday, Wednesday, and Friday in the week of February 27, 2023, and is working the same schedule this week. His hours are expected to increase to five days a week in April, when the museum opens to the public.

    Both as an acknowledgement of his demonstrated compliance on supervision, and also to reduce the unnecessary workload on Pretrial Services in scheduling, monitoring, and modifying Mr. Patterson's movements, we believe a modification to standard twelve-hour curfew is warranted at this time. This will allow Mr. Patterson to work, to see his family, and to accomplish basic life errands without requiring such heavy lifting on part of Pretrial or the Court.

    Thank you for your consideration.

Respectfully Submitted,

/s/
Mia Eisner-Grynberg
Staff Attorney
(718) 330-1257

cc: AUSA Benjamin Weintraub (by ECF and email)
      PTSO Shavoy Atkinson (by email)